GUSTAVIA LENNOX, APPELLANT, V. JENNIE ANDERSON ET AL., APPELLEES.

3 N. W. (2d) 645

FILED MAY 1, 1942. No. 31221.

*Charles E. Foster* and *Harry C. DeLamatre,* for appellant.

*Walter R. Johnson, Attorney General,* and *Rush C. Clarke, contra.*

Heard before SIMMONS, C. J., ROSE, EBERLY, PAINE, CARTER, MESSMORE and YEAGER, JJ.

MESSMORE, J.

This case appears in 140 Neb. 748, 1 N. W. (2d) 912. That part of the opinion of this court remanding the cause, with instructions to enter judgment for the plaintiff, giving her a fee simple title to the real estate in question and the personal property of which Charles J. Sanders died seised, after deducting all expense incurred in the probate proceedings

and debts allowed against his estate, is hereby set aside, and the cause is remanded for a new trial in keeping with the decision of this court in *Lucas v. Lucas*, 138 Neb. 252, 292 N. W. 729.